ADR

E-filing

TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:       troberts@rmkb.com; jlove@rmkb.com

Attorneys for Plaintiffs
THOMAS CIRRITO, an individual, and ATOCHA
LAND, LLC, a Delaware limited liability company

ORIGINAL FILED

JUL 18 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS CIRRITO, an individual, and ATOCHA LAND, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RNC HOLDINGS, LLC, a Nevada limited liability company, RONALD BUCHHOLZ, an individual, CHARICE FISCHER (also known as CHARICE BUCHHOLZ), an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08-03476 RS<br><br>**NOTICE OF RELATED CASES** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES HEREIN:**

Please take notice that the actions entitled <u>Thomas Cirrito, et al. v. RNC Holdings, LLC, et al.</u> on file herein is related to that action entitled <u>Steve Trachsel, et al. v. Ron Buchholz, et al.</u>

///

///

RC1/5145325.1/RS                                              - 1 -                              NOTICE OF RELATED CASES

(N.D.Cal. Case No. C08 02248 RMW) now pending in the United States District Court for the Northern District of California.

Dated: July 7, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Plaintiffs
THOMAS CIRRITO AND ATOCHA LAND, LLC

RC1/5145325.1/RS

- 2 -

**NOTICE OF RELATED CASES**