IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIRRITO, et al.<br><br>    Plaintiff,<br><br>  v.<br><br>RNC HOLDINGS, LLC, et al.,<br><br>    Defendant. | ***E-FILED - 8/12/08***<br><br>CASE NO.: C-08-03476-RMW |
| THOMAS CIRRITO, et al.<br><br>    Plaintiff,<br><br>  v.<br><br>RNC HOLDINGS, LLC, et al.,<br><br>    Defendant. | CASE NO.: C-08-03477-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **November 7, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by October 31, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 12, 2008

BY: _/s/ Jackie Garcia_
    JACKIE GARCIA
    Courtroom Deputy for
    Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28