TODD A. ROBERTS (SBN 129722)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701

Attorneys for Plaintiffs
THOMAS CIRRITO, AN INDIVIDUAL; AND
ATOCHA LAND, LLC, A DELAWARE LIMITED
LIABILITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS CIRRITO, an individual; and ATOCHA LAND, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RNC HOLDINGS, LLC, a Nevada limited liability company; RONALD BUCHHOLZ, an individual; CHARICE FISCHER (also known as CHARICE BUCHHOLZ), an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08 03476RMW<br><br>**PROOF OF SERVICE:**<br>**CHARICE FISCHER** |

CASE NAME   Thomas Cirrito, et al vs. RNC Holdings, LLC, et al
CASE NUMBER  C08 03476

AO 88 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint* was made by me1 | 8/6/2008 1:40 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeffrey Pink | PROCESS SERVER 180   San Mateo 1/11/2009 |

Check one box below to indicate appropriate method of service

**DEFENDANT:** Charice Fischer (aka Charice Buchholz)

[X] Served personally upon the defendant. Place where served:
RNC Holdings, LLC - 20 Great Oaks Blvd., Suite 230, San Jose, CA 95119

[ ] Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $37.50 | $37.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/7/2008
          DATE                        SIGNATURE OF SERVER


3814

ARE YOU BEING SERVED?
1325 HOWARD AVENUE
PMB #507
BURLINGAME, CA 94010
(650)348-SERVE (7378) SAN MATEO 1/11/2009



1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# DECLARATION OF PROCESS SERVER

**COURT:** UNITED STATES DIST. SAN JOSE NORTHERN CA
**CASE NAME:** Thomas Cirrito, et al vs. RNC Holdings, LLC, et al
**CASE NO:** C08 03476

8/6/2008 @ 1:40 p.m. - Arrived at business but doors were locked. Called phone number (408)227-2200 and person who answered phone confirmed that the defendants were in the office but refused to come to the door. Drop served documents with their knowledge and announced service through door. Called phone number back with no answer and left message on voice mail announcing service.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 8/7/2008 | Jeffrey Pink |  |
|---|---|---|
| DATE | TYPE OR PRINT NAME | SIGNED |



ARE YOU BEING SERVED?
1325 HOWARD AVENUE
PMB #507
BURLINGAME, CA 94010
(650)348-SERVE (7378)   SAN MATEO 1/11/2009

3813