1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  Attorneys for Plaintiffs
   THOMAS CIRRITO, AN INDIVIDUAL; AND
6  ATOCHA LAND, LLC, A DELAWARE LIMITED
   LIABILITY COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  THOMAS CIRRITO, an individual; and       CASE NO.  C08 03476RMW
    ATOCHA LAND, LLC, a Delaware
13  limited liability company,               **PROOF OF SERVICE:**
                                             **RONALD BUCHHOLZ**
14                        Plaintiffs,

15  v.

16  RNC HOLDINGS, LLC, a Nevada limited
    liability company; RONALD
17  BUCHHOLZ, an individual; CHARICE
    FISCHER (also known as CHARICE
18  BUCHHOLZ), an individual; and DOES 1
    through 50, inclusive,
19
                          Defendants.
20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

CASE NAME___ **Thomas Cirrito, et al vs. RNC Holdings, LLC, et al**

CASE NUMBER **C08 03476**

AO 88 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint* was made by me1 | DATE  8/6/2008 1:40 p.m. |
| NAME OF SERVER (PRINT)  Jeffrey Pink | TITLE  PROCESS SERVER 180  San Mateo 1/11/2009 |

*Check one box below to indicate appropriate method of service*

**DEFENDANT:**  Ronald Buchholz

[X]  Served personally upon the defendant. Place where served: _____
RNC Holdings, LLC - 20 Great Oaks Blvd., Suite 230, San Jose, CA 95119

[ ]  Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____
_____
_____

[ ]  Other  (specify) : _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $75.00 | TOTAL  $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/7/2008___                    _____
                    DATE                                    SIGNATURE OF SERVER



ARE YOU BEING SERVED?
1325 HOWARD AVENUE
PMB #507
BURLINGAME, CA 94010
(650)348-SERVE (7378) SAN MATEO 1/11/2009

3813



1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# DECLARATION OF PROCESS SERVER

**COURT:**     UNITED STATES DIST. SAN JOSE NORTHERN CA

**CASE NAME:** Thomas Cirrito, et al vs. RNC Holdings, LLC, et al

**CASE NO:**   C08 03476

8/6/2008 @ 1:40 p.m. - Arrived at business but doors were locked.
Called phone number (408)227-2200 and person who answered phone
confirmed that the defendants were in the office but refused to
come to the door. Drop served documents with their knowledge and
announced service through door. Called phone number back with no
answer and left message on voice mail announcing service.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true
and correct.

| | |
|---|---|
| 8/7/2008 | Jeffrey Pink |
| DATE | TYPE OR PRINT NAME |

SIGNED



ARE YOU BEING SERVED?
1325 HOWARD AVENUE
PMB #507
BURLINGAME, CA 94010
(650)348-SERVE (7378) SAN MATEO 1/11/2009

**3812**