1  TODD A. ROBERTS (SBN 129722)
   JESSHILL E. LOVE (SBN 208348)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701

*E-FILED - 2/12/09*

5  Attorneys for Plaintiffs
   THOMAS CIRRITO, an individual, and
6  ATOCHA LAND, LLC, a Delaware limited
   liability company
7

8         UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10
   THOMAS CIRRITO, an individual; and       CASE NO: C08 03476RMW
11 ATOCHA LAND, LLC, a Delaware limited
   liability company,                       STIPULATION AND [~~PROPOSED~~]
12                                          ORDER TO EXTEND MEDIATION
                   Plaintiffs,              DEADLINE
13
   v.
14
   RNC HOLDINGS, LLC, a Nevada limited
15 liability company; RONALD BUCHHOLZ,
   an individual; CHARICE FISCHER (also
16 known as CHARICE BUCHHOLZ), an
   individual; and DOES 1 through 50,
17 inclusive,

18                 Defendants.

19

20      Plaintiffs THOMAS CIRRITO and ATOCHA LAND, LLC ("Plaintiffs") and Defendants

21 RNC HOLDINGS, LLC, RONALD BUCHHOLZ, and CHARICE FISCHER (also known as

22 CHARICE BUCHHOLZ) ("Defendants"), through their respective, undersigned counsel,

23 stipulate and request a continuance of the last date to complete mediation.

24      WHEREAS the pre-trial schedule and trial date have been set in this matter;

25      WHEREAS the last date to complete mediation is February 4, 2009;

26      WHEREAS there is presently pending an Application for Right to Attach Order

27 ("RTAO") in the related matter of Trachsel v. Solomon Capital, et al (Case No. C08 02248RMW)

28 which is set to be heard on February 13, 2009;

RC1/5246753.1/TC3                    - 1 -            STIPULATION AND [~~PROPOSED~~] ORDER
                                                      TO EXTEND MEDIATION DEADLINE

1  WHEREAS the parties have met and conferred and have agreed that at this time it is most
2  economical to postpone the last date to complete mediation for six months to July 17, 2009;
3  WHEREAS the parties have met and conferred and have agreed to Patrick Robbins of
4  Shearman & Sterling as a mediator; and
5  The parties in the above-captioned matter, by and through their attorneys of record, hereby
6  stipulate to continue the last date to complete mediation from February 4, 2009 to July 17, 2009.
7  **IT SO STIPULATED.**

Dated: February __, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

_____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Plaintiffs
THOMAS CIRRITO and ATOCHA LAND, LLC

Dated: February 4, 2009

PINNACLE LAW GROUP

_____
ANDREW A. AUGUST
WILLIAM W. SCHOFIELD
Attorneys for Defendants
RNC HOLDINGS, LLC; RONALD BUCHHOLZ; and CHARICE FISCHER

IT IS SO ORDERED.

Dated: 2/12, 2009

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE