**United States District Court**
**For the Northern District of California**

1
2
3
4                                                     **E-FILED on** __07/31/09__
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE DIVISION
11

| | |
|---|---|
| THOMAS CIRRITO; and ATOCHA LAND, LLC,<br><br>              Plaintiffs,<br><br>     v.<br><br>RNC HOLDINGS, LLC; RONALD BUCHHOLZ; CHARICE FISCHER; and DOES 1 through 100,<br><br>              Defendants. | No. C-08-03476 RMW<br><br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>**[Re Docket No. 22]** |

The complaint in this action alleges that defendants created a real estate scheme to defraud plaintiff investors of $1.5 million of invested securities.

Plaintiffs' attorneys from Ropers, Majeski, Kohn, and Bentley ("Ropers Majeski") now move to withdraw as counsel. Defendants have filed a statement of non-opposition. Plaintiffs have filed nothing in response. For the following reasons, the court grants the motion to withdraw.

## I. BACKGROUND

The relationship between Ropers Majeski and plaintiffs is governed by a retainer agreement executed by both parties ("the Agreement"). Declaration of Jesshill E. Love ¶ 2 (hereinafter "Love Decl."). That agreement provides that either party may terminate the attorney-client relationship "at any time, with or without cause . . . and [plaintiffs] agree to allow [Ropers Majeski] to withdraw its

1  representation of [plaintiffs], without the necessity of a motion before the court." Def.'s Mot. to
2  Withdraw as Counsel of Record 2:23-25.  According to Mr. Love's declaration, communication
3  between plaintiffs and Ropers Majeski has broken down over the past month, with plaintiffs failing
4  to respond to correspondence and to indicate that future payments will be timely made.  Love Decl.
5  ¶¶ 3-4.

## II.  ANALYSIS

7  Under the district's local rules, counsel may not withdraw without a court order.  Civil L.R.
8  11-5(a).  The court applies California's Rules of Professional Conduct to determine whether
9  withdrawal is proper.  *E.g., Cal. Native Plant Soc'y v. U.S. E.P.A.*, 2008 WL 4911162, *1 (N.D. Cal.
10 Nov. 14, 2008); *Elan Transdermal Ltd. v. Cygnus Therapeutic Sys.*, 809 F. Supp. 1383, 1387 (N.D.
11 Cal. 1992).  Pursuant to such rules, an attorney may seek to withdraw if the client "breaches an
12 agreement or obligation to the member as to expenses or fees."  Cal. Rule of Prof. Conduct
13 3-700(C)(1)(f).  An attorney may also seek withdraw if the client's conduct renders it unreasonably
14 difficult for the attorney to represent the client effectively.  *Id.* at (1)(d).

15 Ropers Majeski provides two justifications for their motion to withdraw.  First, they state
16 that plaintiffs started missing payments in October 2008 and have not brought their account current.
17 Def.'s Mot. to Withdraw as Counsel of Record 2:27-3:3.  There is no evidence in the record,
18 however, of an overdue account, only a concern if future payments will be timely made.  Love Decl.
19 ¶ 4.  This, however, is not evidence of a breach of an agreement or obligation as to expenses or fees.
20 Rather, it is simply a concern about a possible future breach.  Second,  Mr. Love states that
21 communication with plaintiffs has broken down, with plaintiffs failing to respond to correspondence.
22 Love Decl. ¶ 3.  A client's lack of communication makes it unreasonably difficult for the attorney to
23 represent the client effectively.  Ropers Majeski has notified plaintiffs and its corporate counsel of
24 its intent to withdraw as counsel.  Thus, good cause exists for Ropers Majeski's motion to withdraw,
25 and the court grants the motion.

26 Plaintiff Cirrito, as an individual, may appear pro se, but plaintiff Atocha Land LLC, as an
27 incorporated entity, may not appear *pro se*.  Civil L.R. 3-9(b).  Atocha Land, LLC should promptly
28 retain counsel.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-08-03476 RMW
EDT                                                                          2

### III.  ORDER

For the foregoing reasons, the motion to withdraw is granted.  Atocha Land, LLC shall have until August 14, 2009 to retain new counsel and have its new counsel file a notice of appearance. Until new counsel is retained, any papers shall be served on plaintiffs at the following addresses:

| | |
|---|---|
| Thomas Cirrito | 9163 Old Dominion Drive |
| | McLean, VA 22102 |
| Atocha Land, LLC | Thomas Cirrito |
| | 9163 Old Dominion Drive |
| | McLean, VA 22102 |

DATED:      07/31/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Jesshill E. Love          jlove@ropers.com

Todd Andrew Roberts       troberts@ropers.com

**Counsel for Defendants:**

Andrew A. August          aaugust@pinnaclelawgroup.com

William W. Schofield      wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   07/31/09                             JAS
                                         **Chambers of Judge Whyte**